B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>District of Arizona | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Prospect Manufacturing, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): **20-5320523** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code)<br>**6451 South Ash**<br>**Tempo, AZ**<br>ZIPCODE **85283** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code)<br>ZIPCODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)
- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtor**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)**
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts

**Filing Fee (Check one box)**
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

© 1993-2013 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Prospect Manufacturing, LLC** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)                    Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☑ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br>If this is a joint petition:<br>☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

© 1993-2013 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Prospect Manufacturing, LLC** |
|---|---|

<div align="center">

**Signatures**

</div>

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Debtor

X _____
  Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
  Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

**Signature of Attorney\***

X ***/s/ Michael W. Carmel, Esq.***
  Signature of Attorney for Debtor(s)

**Michael W. Carmel, Esq. 007356**
**Michael W. Carmel, Ltd.**
**80 East Columbus Avenue**
**Phoenix, AZ 85012-0000**
**(602) 264-4965 Fax: (602) 277-0144**
**michael@mcarmellaw.com**

**February 10, 2015**
  Date

*\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
  Signature

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ***/s/ Scott Mohnach***
  Signature of Authorized Individual

**Scott Mohnach**
  Printed Name of Authorized Individual

**Managing Member**
  Title of Authorized Individual

**February 10, 2015**
  Date

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## District of Arizona

IN RE:

Case No. _____

Prospect Manufacturing, LLC

Chapter **11** _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Mutual of Omaha<br>C/O Jaburg & Wilk<br>3200 N. Central Avenue, 20th Floor<br>Phoenix, AZ 85012 | | | | 1,815,000.00<br>Collateral:<br>0.00<br>Unsecured:<br>1,815,000.00 |
| Marshall & Marshall<br>6448 S. Ash<br>Tempe, AZ 85283 | | | | 558,163.00 |
| Scott Mohnach<br>3723 E. Ahwatukee Dr<br>Phoenix, AZ 85044 | | | | 425,000.00 |
| Cheyenne Aerospace, LLC<br>7650 S. McClintock Dr., Suite 103-305<br>Tempe, AZ 85284 | | | Disputed | 300,000.00 |
| Richard Seminoff<br>1124 E. Vogel Avenue<br>Phoenix, AZ 85020 | | | | 250,000.00 |
| Ultra Mgt. (George Johnson)<br>5230 E. Shea Boulevard, Suite 200<br>Scottsdale, AZ 85254 | | | Disputed | 220,000.00 |
| Forged Metals, Inc<br>10685 Beech Ave<br>Fontana, CA 92337 | | | | 137,110.03 |
| US Bank Equipment Finance<br>1310 Madrid St, Suite 107<br>Marshall, MN 56258 | | | | 123,760.00<br>Collateral:<br>0.00<br>Unsecured:<br>123,760.00 |
| Peter Fisher<br>7047 E. Greenway Parkway, Suite 250<br>Scottsdale, AZ 85254 | | | | 113,670.00 |
| Verde<br>4020 E. Indian School Rd<br>Phoenix, AZ 85018 | | | | 75,000.00<br>Collateral:<br>0.00<br>Unsecured:<br>75,000.00 |
| Timesaver Industrial, Inc<br>3101 W. Thomas Road, Suite 102<br>Phoenix, AZ 85017-5393 | | | | 53,699.59 |
| Rolled Alloys<br>Dept. 33901; PO Box 67000<br>Detroit, MI 48267-0339 | Rolled Alloys<br>125 W. Sterns Rd., PO Box 310<br>Temperance, MI 48182-0310 | | | 41,200.61 |

© 1993-2013 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

© 1993-2013 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| Sharon Mohnach<br>3419 E. Cherokee<br>Phoenix, AZ 85044 | | 32,000.00 |
| Carlton Forge Works<br>Dept. 845005<br>Los Angeles, CA 90084-5005 | Carlton Forge Works<br>7743 E. Adams<br>Paramount, CA 90723 | 27,630.00 |
| Mary Reiner<br>1615 E. Briarwood Terrace<br>Phoenix, AZ 85048 | | 25,000.00 |
| Seminoff / Redivo<br>1124 E. Vogel Avenue<br>Phoenix, AZ 85020 | | 25,000.00 |
| Bolt's Metallizing, Inc<br>3626 W. Osborn Road<br>Phoenix, AZ 85019 | | 24,141.32 |
| Committed Computer Consultants<br>P O Box 28368<br>Tempe, AZ 85285-8362 | | 24,000.00 |
| Federal Express<br>PO Box 7221<br>Pasadena, CA 91109-7321 | | 18,348.53 |
| Berkshire Industries, Inc<br>PO Box 62789<br>Baltimore, MD 21264-2789 | Berkshire Industries<br>109 Apremont Way<br>Westfield, MA 01085 | 15,651.00 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: <u>February 10, 2015</u>      Signature: <u>*/s/ Scott Mohnach*</u>

<u>Scott Mohnach, Managing Member</u>

(Print Name and Title)

IN RE **Prospect Manufacturing, LLC**                          Case No. _____

                    Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| A & J Industrial Machine Repair Co 8730 S. John Jacob Astor Ave Casa Grande, AZ 85193 | | | | | | | 2,607.07 |
| ACCOUNT NO. | | | | | | | |
| Adchem Manufacturing Tech, Inc 369 Progess Drive Manchester, CT 06040 | | | | | | | 4,141.92 |
| ACCOUNT NO. | | | | | | | |
| Adecco Employment Services Dept CH 14091 Palatine, IL 60055-4091 | | | | | | | 2,828.00 |
| ACCOUNT NO. | | | Assignee or other notification for: Adecco Employment Services | | | | |
| Adecco Employment Services 175 Broadhollow Rd. Melville, NY 11747 | | | | | | | |

__9__ continuation sheets attached

|  | Subtotal (Total of this page) | $ 9,576.99 |
|---|---|---|
|  | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

IN RE **Prospect Manufacturing, LLC**                    Case No. _____
_____                  _____
                  Debtor(s)                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above )* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Aetna Insurance PO Box 7247-0213 Philadelphia, PA 19170-0213 | | | | | | | 8,157.02 |
| ACCOUNT NO. American Fidelity Assurance Co PO Box 268805 Oklahoma City, OK 73126-8805 | | | | | | | 42.90 |
| ACCOUNT NO. Anaplex 15547 Garfield Ave Paramount, CA 90723 | | | | | | | 402.05 |
| ACCOUNT NO. Berkshire Industries, Inc PO Box 62789 Baltimore, MD 21264-2789 | | | | | | | 15,651.00 |
| ACCOUNT NO. Berkshire Industries 109 Apremont Way Westfield, MA 01085 | | | Assignee or other notification for: Berkshire Industries, Inc | | | | |
| ACCOUNT NO. Bolt's Metallizing, Inc 3626 W. Osborn Road Phoenix, AZ 85019 | | | | | | | 24,141.32 |
| ACCOUNT NO. Car-Graph Inc 1545 W. Elna Rae St. Tempe, AZ 85281 | | | | | | | 2,070.00 |

Sheet no. ___1___ of ___9___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **50,464.29**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

IN RE **Prospect Manufacturing, LLC** _____ Case No. _____

|  | Debtor(s) | | | | | | (If known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Carlton Forge Works**<br>**Dept. 845005**<br>**Los Angeles, CA  90084-5005** | | | | | | | **27,630.00** |
| ACCOUNT NO.<br>**Carlton Forge Works**<br>**7743 E. Adams**<br>**Paramount, CA  90723** | | | **Assignee or other notification for:**<br>**Carlton Forge Works** | | | | |
| ACCOUNT NO.<br>**Cheyenne Aerospace, LLC**<br>**7650 S. McClintock Dr., Suite 103-305**<br>**Tempe, AZ  85284** | | | | | | X | **300,000.00** |
| ACCOUNT NO.<br>**City of Tempe - Water**<br>**PO Box 29617**<br>**Phoenix, AZ  85038-9617** | | | | | | | **947.10** |
| ACCOUNT NO.<br>**Clearinghouse**<br>**PO Box 52107**<br>**Phoenix, AZ  85072-2107** | | | | | | | **267.16** |
| ACCOUNT NO.<br>**Committed Computer Consultants**<br>**P O Box 28368**<br>**Tempe, AZ  85285-8362** | | | | | | | **24,000.00** |
| ACCOUNT NO.<br>**Company Name**<br>**Remittance address**<br>**City,    Zipcode** | | | | | | | **0.00** |

Sheet no. _____**2** of _____**9** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal<br>(Total of this page) | $ 352,844.26 |
|---|---|---|
| | Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Prospect Manufacturing, LLC**     Case No. _____
<br>        Debtor(s)             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above )* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Con-Way Freight Inc** <br> PO Box 5160 <br> Portland, OR 97208-5160 | | | | | | | 3,666.74 |
| ACCOUNT NO. <br> **Con-Way Freight Inc.** <br> PO Box 982020 <br> N. Richland Hills, TX 76180 | | | Assignee or other notification for: <br> Con-Way Freight Inc | | | | |
| ACCOUNT NO. <br> **Cox Communications Phoenix** <br> PO Box 53249 <br> Phoenix, AZ 85072-3249 | | | | | | | 648.16 |
| ACCOUNT NO. <br> **D-Velco Aviation Services** <br> 300 S. 23rd St <br> Phoenix, AZ 85034 | | | | | | | 1,300.00 |
| ACCOUNT NO. <br> **Dell Business Credit** <br> PO Box 5275 <br> Carol Stream, IL 60197-5275 | | | | | | | 4,680.90 |
| ACCOUNT NO. <br> **Earle M. Jorgensen** <br> PO Box 79016 <br> City of Industry, CA 91716-9016 | | | | | | | 4,532.20 |
| ACCOUNT NO. <br> **Eric L. Walberg, Esq** <br> 3040 N. 64th Street <br> Mesa, AZ 85215 | | | | | | | 120.00 |

Sheet no. __3__ of __9__ continuation sheets attached to
<br>Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  **$ 14,948.00**
<br>(Total of this page)

Total
<br>(Use only on last page of the completed Schedule F. Report also on
<br>the Summary of Schedules, and if applicable, on the Statistical
<br>Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Prospect Manufacturing, LLC**　　　　　　　　Case No. _____
　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Estes Express Lines**<br>**PO Box 25612**<br>**Richmond, VA  23260-5612** | | | | | | | 226.00 |
| ACCOUNT NO.<br>**Federal Express**<br>**PO Box 7221**<br>**Pasadena, CA  91109-7321** | | | | | | | 18,348.53 |
| ACCOUNT NO.<br>**Flow International Corporation**<br>**PO Box 749647**<br>**Los Angeles, CA  90074-9647** | | | | | | | 3,137.07 |
| ACCOUNT NO.<br>**Flow International Corporation**<br>**23500 64th Ave South**<br>**Kent, WA  98032** | | | **Assignee or other notification for:**<br>**Flow International Corporation** | | | | |
| ACCOUNT NO.<br>**Forged Metals, Inc**<br>**10685 Beech Ave**<br>**Fontana, CA  92337** | | | | | | | 137,110.03 |
| ACCOUNT NO.<br>**Frontier Techni-Kote, Inc**<br>**PO Box 234**<br>**Chino Valley, AZ  86323** | | | | | | | 125.00 |
| ACCOUNT NO.<br>**Frontier Techni-Kote, Inc.**<br>**2210 Tree Farm Lane**<br>**Chino Valley, AZ  86323** | | | **Assignee or other notification for:**<br>**Frontier Techni-Kote, Inc** | | | | |

Sheet no. _____4_____ of _____9_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | **158,946.63**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Prospect Manufacturing, LLC** _____ Case No. _____
                                        Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above )* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Guardian Life Insurance Co** PO Box 677458 Dallas, TX 75267-7458 | | | | | | | 1,023.76 |
| ACCOUNT NO. **JCB Landscape Maintenance** 4123 E. Capistrano Ave Phoenix, AZ 85044 | | | | | | | 425.00 |
| ACCOUNT NO **Jennifer Reiner** 3723 E. Ahwatukee Dr Phoenix, AZ 85044 | | | | | | | 12,000.00 |
| ACCOUNT NO. **Joined Alloys, LLC** 2350 W. Shangri-La Road Phoenix, AZ 85029 | | | | | | | 3,304.95 |
| ACCOUNT NO. **Landsberg** PO Box 101144 Pasadena, CA 91189-1144 | | | | | | | 319.91 |
| ACCOUNT NO. **Liem & Co.** 4455 E Cambelback Suite E290 Phoenix, AZ 85018 | | | | | | | 13,040.00 |
| ACCOUNT NO. **Marlin Business Bank** PO Box 13604 Philadelphia, PA 19101-3604 | | | | | | | 72.18 |

Sheet no. __5__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | 30,185.80

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data ) | $

© 1993-2013 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

IN RE **Prospect Manufacturing, LLC**     Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Marshall & Marshall 6448 S. Ash Tempe, AZ 85283 | | | | | | | 558,163.00 |
| ACCOUNT NO. Marshall Tool & Supply PO Box 4959 Chatsworth, CA 91313-4959 | | | | | | | 1,823.58 |
| ACCOUNT NO. Marhsall Tool & Supply 3114 W. Thomas Rd., #501 Phoenix, AZ 85017 | | | Assignee or other notification for: Marshall Tool & Supply | | | | |
| ACCOUNT NO. Mary Reiner 1615 E. Briarwood Terrace Phoenix, AZ 85048 | | | | | | | 25,000.00 |
| ACCOUNT NO. Metro Lift Propane 11519 E. Apache Trail Apache Junction, AZ 85120-3522 | | | | | | | 109.48 |
| ACCOUNT NO. Micro-Tronics, Inc 2905 S. Potter Drive Tempe, AZ 85282-3138 | | | | | | | 13,485.00 |
| ACCOUNT NO. My Alarm Center 3803 W. Chester Pike, Suite 100 Newtown Square, PA 19073 | | | | | | | 141.25 |

Sheet no. ___6___ of ___9___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ 598,722.31

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2013 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

IN RE <u>Prospect Manufacturing, LLC</u>
Case No. _____
<div style="text-align:center">Debtor(s)</div>
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**National Precision Bearing, Inc**<br>**8152 304th Avenue, SE, PO Box 5012**<br>**Preston, WA  98050** | | | | | | | **520.00** |
| ACCOUNT NO.<br>**National Precision Bearing**<br>**PO Box 5012**<br>**Preston, WA  98050** | | | **Assignee or other notification for:**<br>**National Precision Bearing, Inc** | | | | |
| ACCOUNT NO.<br>**NDT AeroServices, LLC**<br>**PO Box 6406**<br>**Chandler, AZ  85246** | | | | | | | **4,030.00** |
| ACCOUNT NO.<br>**Opta Minerials**<br>**266 Elmwood Ave**<br>**Buflalo,   14222** | | | | | | | **3,464.06** |
| ACCOUNT NO.<br>**Peter Fisher**<br>**7047 E. Greenway Parkway, Suite 250**<br>**Scottsdale, AZ  85254** | | | | | | | **113,670.00** |
| ACCOUNT NO.<br>**Procopy Office Solutions, Inc**<br>**1917 E. 5th Street**<br>**Tempe, AZ  85281** | | | | | | | **377.76** |
| ACCOUNT NO.<br>**Prudential Overall Supply**<br>**PO Box 11210**<br>**Santa Ana, CA  92711-1210** | | | | | | | **520.84** |

Sheet no. ___7___ of ___9___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) |$ **122,582.66**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) |$

© 1993-2013 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

IN RE **Prospect Manufacturing, LLC** _____ Case No. _____
_____
  Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Prudential Overall Supply**<br>**5102 West Roosevelt**<br>**Phoenix, AZ  85043** | | | Assignee or other notification for:<br>**Prudential Overall Supply** | | | | |
| ACCOUNT NO.<br>**Richard Seminoff**<br>**1124 E. Vogel Avenue**<br>**Phoenix, AZ  85020** | | | | | | | 250,000.00 |
| ACCOUNT NO.<br>**Rolled Alloys**<br>**Dept. 33901; PO Box 67000**<br>**Detroit, MI  48267-0339** | | | | | | | 41,200.61 |
| ACCOUNT NO.<br>**Rolled Alloys**<br>**125 W. Sterns Rd., PO Box 310**<br>**Temperance, MI  48182-0310** | | | Assignee or other notification for:<br>**Rolled Alloys** | | | | |
| ACCOUNT NO.<br>**Scott Mohnach**<br>**3723 E. Ahwatukee Dr**<br>**Phoenix, AZ  85044** | | | | | | | 425,000.00 |
| ACCOUNT NO.<br>**Seminoff / Redivo**<br>**1124 E. Vogel Avenue**<br>**Phoenix, AZ  85020** | | | | | | | 25,000.00 |
| ACCOUNT NO.<br>**Semiray Inc**<br>**3027 E. Washington Street**<br>**Phoenix, AZ  85034-1517** | | | | | | | 2,625.48 |

Sheet no. ___8___ of ___9___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | $ 743,826.09 |
|---|---|---|
|  | Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Prospect Manufacturing, LLC**                    Case No. _____
<div style="text-align:center">Debtor(s)                                                    (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Sharon Mohnach**<br>3419 E. Cherokee<br>Phoenix, AZ 85044 | | | | | | | 32,000.00 |
| ACCOUNT NO.<br>**Star Metal Fluids**<br>Po Box 11330<br>Glendale, AZ 85193 | | | | | | | 1,916.84 |
| ACCOUNT NO.<br>**T-Mobile**<br>PO Box 51843<br>Loas Angeles, CA 90051-6143 | | | | | | | 540.81 |
| ACCOUNT NO.<br>**Timesaver Industrial, Inc**<br>3101 W. Thomas Road, Suite 102<br>Phoenix, AZ 85017-5393 | | | | | | | 53,699.59 |
| ACCOUNT NO<br>**TransAmerica Worksite Marketing**<br>PO Box 742504<br>Cincinnati, OH 45274-2504 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Ultra Mgt. (George Johnson)**<br>5230 E. Shea Boulevard, Suite 200<br>Scottsdale, AZ 85254 | | | | | | X | 220,000.00 |
| ACCOUNT NO.<br>**United Parcel Service**<br>PO Box 894820<br>Los Angeles, CA 90189-4820 | | | | | | | 1,255.09 |

Sheet no. ___9___ of ___9___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div style="text-align:right">Subtotal<br>(Total of this page) $ 309,412.33</div>

<div style="text-align:right">Total<br>(Use only on last page of the completed Schedule F. Report also on<br>the Summary of Schedules, and if applicable, on the Statistical<br>Summary of Certain Liabilities and Related Data.) $ 2,391,509.36</div>

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Prospect Manufacturing, LLC** _____   Case No. _____
<span style="display:block; text-align:center">Debtor(s)</span>                                  (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____   Signature: _____
<div align="right">Debtor</div>

Date: _____   Signature: _____
<div align="right">(Joint Debtor, if any)</div>
<div align="right">[If joint case, both spouses must sign.]</div>

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document._

_____
Address

_____     _____
Signature of Bankruptcy Petition Preparer     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156._

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Prospect Manufacturing, LLC** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **26** sheets (_total shown on summary page plus 1_), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **February 10, 2015** _____   Signature: **_/s/ Scott Mohnach_** _____

<div style="margin-left:4em">**Scott Mohnach** _____</div>
<div align="right">(Print or type name of individual signing on behalf of debtor)</div>

_[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

_Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571._

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Arizona**

IN RE:                                Case No. _____

<u>Prospect Manufacturing, LLC</u> _____ Chapter <u>11</u> _____
                         Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ......................................................... $ _____**550.00/hr**

    Prior to the filing of this statement I have received ............................................ $ _____**26,717.00**

    Balance Due .......................................................................................................... $ _____

2. The source of the compensation paid to me was: ☑ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is: ☑ Debtor ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e   [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____     _/s/ Michael W. Carmel, Esq._
   **February 10, 2015**
         Date                        Michael W. Carmel, Esq. 007356
                                 Michael W. Carmel, Ltd.
                                 80 East Columbus Avenue
                                 Phoenix, AZ 85012-0000
                                 (602) 264-4965 Fax: (602) 277-0144
                                 michael@mcarmellaw.com

© 1993-2013 EZ-Fong, Inc [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## District of Arizona

IN RE:                                                          Case No. _____

<u>Prospect Manufacturing, LLC</u>_____            Chapter <u>11</u>_____
                        Debtor(s)

## DECLARATION

I hereby certify, under penalty of perjury, that the Master Mailing List, consisting of _____<u>8</u> sheet(s), is complete, correct and consistent with the debtor(s)' schedules pursuant to Local Bankruptcy Rule 1007.


Date: <u>February 10, 2015</u>_____          Signature: <u>*/s/ Scott Mohnach*</u>_____
                                                    **Scott Mohnach, Managing Member**                    Debtor


Date: _____          Signature: _____
                                                                          Joint Debtor, if any

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Prospect Manufacturing, LLC

A & J INDUSTRIAL MACHINE REPAIR CO
8730 S JOHN JACOB ASTOR AVE
CASA GRANDE AZ  85193

ADCHEM MANUFACTURING TECH INC
369 PROGESS DRIVE
MANCHESTER CT  06040

ADECCO EMPLOYMENT SERVICES
DEPT CH 14091
PALATINE IL  60055-4091

ADECCO EMPLOYMENT SERVICES
175 BROADHOLLOW RD
MELVILLE NY  11747

AETNA INSURANCE
PO BOX 7247-0213
PHILADELPHIA PA  19170-0213

AMERICAN FIDELITY ASSURANCE CO
PO BOX 268805
OKLAHOMA CITY OK  73126-8805

ANAPLEX
15547 GARFIELD AVE
PARAMOUNT CA  90723

BERKSHIRE INDUSTRIES
109 APREMONT WAY
WESTFIELD MA  01085

BERKSHIRE INDUSTRIES INC
PO BOX 62789
BALTIMORE MD  21264-2789

BOLT'S METALLIZING INC
3626 W OSBORN ROAD
PHOENIX AZ  85019

Prospect Manufacturing, LLC

CAR-GRAPH INC
1545 W ELNA RAE ST
TEMPE AZ  85281


CARLTON FORGE WORKS
7743 E ADAMS
PARAMOUNT CA  90723


CARLTON FORGE WORKS
DEPT 845005
LOS ANGELES CA  90084-5005


CHEYENNE AEROSPACE LLC
7650 S MCCLINTOCK DR SUITE 103-305
TEMPE AZ  85284


CITY OF TEMPE - WATER
PO BOX 29617
PHOENIX AZ  85038-9617


CLEARINGHOUSE
PO BOX 52107
PHOENIX AZ  85072-2107


COMMITTED COMPUTER CONSULTANTS
P O BOX 28368
TEMPE AZ  85285-8362


COMPANY NAME
REMITTANCE ADDRESS
CITY     ZIPCODE


CON-WAY FREIGHT INC
PO BOX 5160
PORTLAND OR  97208-5160


CON-WAY FREIGHT INC
PO BOX 982020
N. RICHLAND HILLS TX  76180

Prospect Manufacturing, LLC


COX COMMUNICATIONS PHOENIX
PO BOX 53249
PHOENIX AZ  85072-3249


D-VELCO AVIATION SERVICES
300 S 23RD ST
PHOENIX AZ  85034


DELL BUSINESS CREDIT
PO BOX 5275
CAROL STREAM IL  60197-5275


EARLE M JORGENSEN
PO BOX  79016
CITY OF INDUSTRY CA  91716-9016


ERIC L WALBERG ESQ
3040 N 64TH STREET
MESA AZ  85215


ESTES EXPRESS LINES
PO BOX 25612
RICHMOND VA  23260-5612


FEDERAL EXPRESS
PO BOX 7221
PASADENA CA  91109-7321


FLOW INTERNATIONAL CORPORATION
PO BOX 749647
LOS ANGELES CA  90074-9647


FLOW INTERNATIONAL CORPORATION
23500 64TH AVE SOUTH
KENT WA  98032


FORGED METALS INC
10685 BEECH AVE
FONTANA CA  92337

Prospect Manufacturing, LLC


FRONTIER TECHNI-KOTE INC
PO BOX 234
CHINO VALLEY AZ   86323


FRONTIER TECHNI-KOTE INC
2210 TREE FARM LANE
CHINO VALLEY AZ   86323


GUARDIAN LIFE INSURANCE CO
PO BOX 677458
DALLAS TX   75267-7458


JCB LANDSCAPE MAINTENANCE
4123 E CAPISTRANO AVE
PHOENIX AZ   85044


JENNIFER REINER
3723 E AHWATUKEE DR
PHOENIX AZ   85044


JOINED ALLOYS LLC
2350 W SHANGRI-LA ROAD
PHOENIX AZ   85029


LANDSBERG
PO BOX 101144
PASADENA CA   91189-1144


LIEM & CO
4455 E CAMBELBACK   SUITE E290
PHOENIX AZ   85018


MARHSALL TOOL & SUPPLY
3114 W THOMAS RD #501
PHOENIX AZ   85017


MARLIN BUSINESS BANK
PO BOX 13604
PHILADELPHIA PA   19101-3604

Prospect Manufacturing, LLC

MARSHALL & MARSHALL
6448 S ASH
TEMPE AZ   85283

MARSHALL TOOL & SUPPLY
PO BOX 4959
CHATSWORTH CA   91313-4959

MARY REINER
1615 E BRIARWOOD TERRACE
PHOENIX AZ   85048

METRO LIFT PROPANE
11519 E APACHE TRAIL
APACHE JUNCTION AZ   85120-3522

MICRO-TRONICS INC
2905 S POTTER DRIVE
TEMPE AZ   85282-3138

MUTUAL OF OMAHA
C/O JABURG & WILK
3200 N CENTRAL AVENUE 20TH FLOOR
PHOENIX AZ   85012

MY ALARM CENTER
3803 W CHESTER PIKE SUITE 100
NEWTOWN SQUARE PA   19073

NATIONAL PRECISION BEARING
PO BOX 5012
PRESTON WA   98050

NATIONAL PRECISION BEARING INC
8152 304TH AVENUE SE PO BOX 5012
PRESTON WA   98050

NDT AEROSERVICES LLC
PO BOX 6406
CHANDLER AZ   85246

Prospect Manufacturing, LLC

OPTA MINERIALS
266 ELMWOOD AVE
BULLALO      14222

PETER FISHER
7047 E GREENWAY PARKWAY SUITE 250
SCOTTSDALE AZ   85254

PROCOPY OFFICE SOLUTIONS INC
1917 E 5TH STREET
TEMPE AZ   85281

PRUDENTIAL OVERALL SUPPLY
PO BOX 11210
SANTA ANA CA   92711-1210

PRUDENTIAL OVERALL SUPPLY
5102 WEST ROOSEVELT
PHOENIX AZ   85043

RICHARD SEMINOFF
1124 E VOGEL AVENUE
PHOENIX AZ   85020

ROLLED ALLOYS
DEPT 33901; PO BOX 67000
DETROIT MI   48267-0339

ROLLED ALLOYS
125 W STERNS RD PO BOX 310
TEMPERANCE MI   48182-0310

SCOTT MOHNACH
3723 E AHWATUKEE DR
PHOENIX AZ   85044

SEMINOFF / REDIVO
1124 E VOGEL AVENUE
PHOENIX AZ   85020

Prospect Manufacturing, LLC

SEMIRAY INC
3027 E WASHINGTON STREET
PHOENIX AZ   85034-1517


SHARON MOHNACH
3419 E CHEROKEE
PHOENIX AZ   85044


STAR METAL FLUIDS
PO BOX 11330
GLENDALE AZ   85193


T-MOBILE
PO BOX 51843
LOAS ANGELES CA   90051-6143


TIMESAVER INDUSTRIAL INC
3101 W THOMAS ROAD SUITE 102
PHOENIX AZ   85017-5393


TRANSAMERICA WORKSITE MARKETING
PO BOX 742504
CINCINNATI OH   45274-2504


ULTRA MGT (GEORGE JOHNSON)
5230 E SHEA BOULEVARD SUITE 200
SCOTTSDALE AZ   85254


UNITED PARCEL SERVICE
PO BOX 894820
LOS ANGELES CA   90189-4820


US BANK EQUIPMENT FINANCE
1310 MADRID ST SUITE 107
MARSHALL MN   56258


VERDE
4020 E INDIAN SCHOOL RD
PHOENIX AZ   85018

Prospect Manufacturing, LLC

WELLS FARGO EQUIPMENT FINANCE
733 MARQUETTE AVE SUITE 700
MINNEAPOLIS MN  55402