# United States Bankruptcy Court
## District of Arizona

IN RE:  
**Prospect Manufacturing, LLC**  
Debtor(s)

Case No. _____  
Chapter **11**

## AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Marshall & Marshall**<br>6448 S. Ash<br>Tempe, AZ 85283 | | | | **558,163.00** |
| **Scott Mohnach**<br>3723 E. Ahwatukee Dr<br>Phoenix, AZ 85044 | | | | **425,000.00** |
| **Cheyenne Aerospace, LLC**<br>7650 S. McClintock Dr., Suite 103-305<br>Tempe, AZ 85284 | | | Disputed | **300,000.00** |
| **Richard Seminoff**<br>1124 E. Vogel Avenue<br>Phoenix, AZ 85020 | | | | **250,000.00** |
| **Ultra Mgt. (George Johnson)**<br>5230 E. Shea Boulevard, Suite 200<br>Scottsdale, AZ 85254 | | | Disputed | **220,000.00** |
| **Forged Metals, Inc**<br>10685 Beech Ave<br>Fontana, CA 92337 | | | | **137,110.03** |
| **Peter Fisher**<br>7047 E. Greenway Parkway, Suite 250<br>Scottsdale, AZ 85254 | | | | **113,670.00** |
| **Timesaver Industrial, Inc**<br>3101 W. Thomas Road, Suite 102<br>Phoenix, AZ 85017-5393 | | | | **53,699.59** |
| **Rolled Alloys**<br>Dept. 33901; PO Box 67000<br>Detroit, MI 48267-0339 | **Rolled Alloys**<br>125 W. Sterns Rd., PO Box 310<br>Temperance, MI 48182-0310 | | | **41,200.61** |
| **Sharon Mohnach**<br>3419 E. Cherokee<br>Phoenix, AZ 85044 | | | | **32,000.00** |
| **Carlton Forge Works**<br>Dept. 845005<br>Los Angeles, CA 90084-5005 | **Carlton Forge Works**<br>7743 E. Adams<br>Paramount, CA 90723 | | | **27,630.00** |
| **Mary Reiner**<br>1615 E. Briarwood Terrace<br>Phoenix, AZ 85048 | | | | **25,000.00** |
| **Seminoff / Redivo**<br>1124 E. Vogel Avenue<br>Phoenix, AZ 85020 | | | | **25,000.00** |
| **Bolt's Metallizing, Inc**<br>3626 W. Osborn Road<br>Phoenix, AZ 85019 | | | | **24,141.32** |

| | | |
|---|---|---:|
| **Committed Computer Consultants**<br>P O Box 28368<br>Tempe, AZ  85285-8362 | | 24,000.00 |
| **Federal Express**<br>PO Box 7221<br>Pasadena, CA  91109-7321 | | 18,348.53 |
| **Berkshire Industries, Inc**<br>PO Box 62789<br>Baltimore, MD  21264-2789 | **Berkshire Industries**<br>109 Apremont Way<br>Westfield, MA  01085 | 15,651.00 |
| **Micro-Tronics, Inc**<br>2905 S. Potter Drive<br>Tempe, AZ  85282-3138 | | 13,485.00 |
| **Liem & Co.**<br>4455 E Cambelback  Suite E290<br>Phoenix, AZ  85018 | | 13,040.00 |
| **Jennifer Reiner**<br>3723 E. Ahwatukee Dr<br>Phoenix, AZ  85044 | | 12,000.00 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **February 10, 2015**     Signature: */s/ Scott Mohnach*

**Scott Mohnach, Managing Member**
(Print Name and Title)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only